UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:24-cr-354-SDM-CPT-1

NIDIA ROXANA MARADIAGA-FLORES
_____/

**ORDER**

Nidia Roxana Maradiaga-Flores moves (Doc. 27) unopposed to continue the trial from the April 2025 trial calendar to the May 2025 trial calendar. Because defense counsel requires additional time to negotiate a plea agreement, the ends of justice outweigh the interests of the defendant and of the public in a speedy trial. The unopposed motion to continue (Doc. 27) is **GRANTED**, and the trial is continued to the May 2025 trial calendar. The time from today through June 1, 2025 is "excludable time" under 18 U.S.C. § 3161(h).

ORDERED in Tampa, Florida, on March 19, 2025.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE