UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                            CASE NO. 8:24-cr-354-SDM-CPT

NIDIA ROXANA MARADIAGA-FLORES

### STATUS REPORT

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of September 16, 2024, the United States herein states as follows:

1. **Brief summary of the case's status:**

On July 30, 2024, a grand jury returned an indictment charging Nidia Roxana Maradiaga-Flores with one count of Aggravated Identity Theft in violation of 18 U.S.C. § 1028A(a)(1); one count of False Representation of a Social Security Number in violation of 42 U.S.C. § 408(a)(7)(B); and one count of False Claim of United States Citizenship, in violation of 18 U.S.C. § 1015(e).  The defendant was arrested on September 12, 2024, and arraigned on September 13, 2024. The matter is set on the Court's August, 2025 trial calendar.

2. **Possibility of a plea agreement:**

The United States expects this case to go to trial.

3. **Expected length of government's case-in-chief:**

The United States expects its case-in-chief to last approximately two full days.

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

As of the date of this filing there are no pending motions.

5. **Potential speedy trial and scheduling problems:**

The defendant made her initial appearance on September 13, 2024. On April 10, 2025, the Court granted an Unopposed Motion to continue and rescheduled the Jury Trial to the August 2025 trial calendar.

The United States has consulted with counsel for the defendant and all parties agree to the above information.

                                    Respectfully submitted,

                                    GREGORY W. KEHOE
                                    United States Attorney

By:   */s/ Joseph H. Wheeler III*
       Joseph H. Wheeler III
       Special Assistant United States Attorney
       Florida Bar No. 87451
       400 North Tampa Street, Suite 3200
       Tampa, Florida 33602
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail:  joseph.wheeler2@usdoj.gov