UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# ORDER

The cases identified in the attached schedule are set for trial during the trial month beginning **January 5, 2026**, in the United States Courthouse, 801 N. Florida Avenue, Tampa, Florida, Courtroom 15A before Judge Steven D. Merryday. However, cases are subject to trial by any Article III judge.

No calendar call will occur. The courtroom deputy will notify counsel on which Monday to appear for trial. The names of counsel are furnished so that counsel may inform themselves of the progress of the listed cases.

Counsel and *pro se* parties must advise the court promptly of any development that affects the trial of this case.

No later than the beginning of trial, counsel must provide the courtroom deputy with three copies of the filed exhibit lists and witness lists. The parties must label exhibits in accord with the Local Rules of the Middle District of Florida. The Local Rules, the exhibit list form, and the exhibit tag form are available at www.flmd.uscourts.gov.

No later than five business days before the first day of a trial term, counsel must (1) file proposed voir dire, jury instructions, and verdict form, (2) serve a copy of each on opposing counsel, (3) e-mail the courtroom deputy an MS-Word version of the jury instructions and the verdict form.

A request to continue a trial must include a report of every non-moving party's current support for, or opposition to, the requested continuance. If a request to continue is based on a calendar conflict with another proceeding, the request must provide the information necessary to confirm the existence of, and to determine the applicable priority of, the conflicting events in accord with the prescriptions in the "Resolution of the Florida State-Federal Judicial Council Regarding Calendar Conflicts Between State and Federal Courts," which appears in Rule 2.550, Florida Rules of Judicial Administration. At a minimum the motion for a continuance based on a calendar conflict must contain the name of the conflicting case, the case number

and venue, the name and telephone number of the presiding judge, and the date of the order fixing the trial date in the conflicting case.

Comply with Local Rule 5.03 at all times during trial.

ORDERED in Tampa, Florida, on December 23, 2025

                                                STEVEN D. MERRYDAY
                                        UNITED STATES DISTRICT JUDGE

<u>MIDDLE DISTRICT OF FLORIDA LOCAL RULES</u>

**Rule 5.03  Courtroom Decorum**

(a) PURPOSE. This rule prescribes minimum requirements of courtroom decorum and supplements the Code of Professional Responsibility and the Rules Regulating The Florida Bar.

(b) MINIMUM REQUIREMENTS FOR LAWYERS, PARTIES, AND OTHER OBSERVERS. When in court, a person:

   (1)   must stand, if able, when court is opened, recessed, and adjourned;

   (2)   must stand, if able, when the jury enters and leaves the courtroom;

   (3)   must refrain from any gesture, expression, comment, or noise that manifests approval or disapproval;

   (4)   must not wear clothing intended or likely to influence or distract a juror;

   (5)   must keep an electronic device on silent mode;

   (6)   if at counsel table, must use an electronic device only for the matter under consideration; and

   (7)   must not eat or drink anything except water.

(c) ADDITIONAL REQUIREMENTS FOR LAWYERS AND PRO SE PARTIES. When in court, a lawyer and a pro se party:
   1   must stand, if able, when addressing, or being addressed by, the judge;

   2   must hand the courtroom deputy a document offered for the judge's examination;

   3   must stand, if able, behind the lectern when presenting the opening statement or the closing argument or when examining a witness unless approaching the witness or the courtroom deputy with an exhibit or approaching a demonstrative exhibit;

   4   must not echo a witness's answer when examining the witness;

   5   must state only the legal basis for an objection unless the judge requests elaboration;

   6   must not offer or request a stipulation within the hearing of the jury;

MIDDLE DISTRICT OF FLORIDA LOCAL RULES

7   must address only the judge when commenting, inquiring, or arguing;

8   must refrain from any display of animosity toward anyone in the courtroom, including a lawyer, litigant, or witness;

9   must refer to a person by the person's title and surname (for example, Ms. Smith or Dr. Robinson) or case designation (for example, "the plaintiff," "the defendant," or "the witness");

10   must call the judge "Judge [Last Name]" or "Your Honor"; and

11   in an opening statement and a closing argument:

   i.   must not express personal knowledge or opinion and

   ii.   must not suggest that the jury can or should request a transcript.

(d)   ADDITIONAL REQUIREMENTS FOR LAWYERS ONLY. When in court, a lawyer:

1   must ensure a client and witness know and observe this rule and

2   must limit examination or cross-examination of a witness to one lawyer for each party and ensure the lawyer who objects during direct examination of a witness is the same lawyer who cross-examines the witness.

(e)   PROCEEDING BY TELEPHONE OR VIDEO. If a judge conducts a proceeding by telephone or video, a participant:

1   must dress in professional attire and use a professional background if either is visible,

2   must use a landline if available,

3   must designate one speaker for each party or interested person,

4   must not participate from a vehicle,

5   must use the mute setting when not speaking,

6   must try to avoid background noise or other interference,

7   must wait for the judge to address the participant before speaking and must not interrupt a speaker, and

8   must start each distinct presentation by saying "this is [name]" or the equivalent

MERRYDAY TRIAL CALENDAR: JANUARY 2026

(TRIAL TERM BEGINS January 5, 2026)

|   | CASE NUMBER | CASE NAME | COUNSEL | DAYS |
|---|---|---|---|---|
| 1 | 8:24-cr-354-SDM-CPT (JURY TRIAL) | United States of America v. Nidi Maradiaga-Flories | Joseph Wheeler  Maribeth Wetzel | 4 |
| 3 | 8:25-cr-60-SDM-TGW (JURY TRIAL) | United States of America v. Maximino Hernandez | Samantha Newman  Matthew Farmer | 3 |
| 4 | 8:25-cr-404-SDM-LSG (JURY TRIAL) | United States of America v. Letore Webster | Daniel Baeza  Jonathan Hackworth | 3 |